IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-103-1H

UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              )          **ORDER**
JAMES ALLEN HAMMONDS,         )
                              )
        Defendant.            )

This matter is currently scheduled for Defendant's arraignment on September 14, 2020. Having determined that the arraignment hearing cannot be conducted in person without seriously jeopardizing public health and safety due to the potential spread of COVID-19, the court entered an order on September 9, 2020, directing counsel to confer and inform the court whether there are specific reasons that the hearing cannot be delayed without serious harm to the interests of justice such that the hearing should be conducted via video or teleconference with Defendant's consent. On September 10, 2020, counsel for Defendant advised the court that he is unable to meet with his client by video or telephone in order to prepare for the arraignment hearing because Defendant is in medical quarantine/lock-down as a result of a COVID-19 outbreak at the facility where he is housed. Counsel further states that the parties agree a thirty-day continuance is appropriate under the circumstances.

Accordingly, the court, acting on its own motion, hereby CONTINUES Defendant's arraignment to the court's October 2020 criminal term in Greenville. The delay occasioned by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

This 10th day of September 2020.

KIMBERLY A. SWANK
United States Magistrate Judge