UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-103-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES ALLEN HAMMONDS, III | ORDER |

On motion of the Defendant, James Allen Hammonds, III, and for good cause shown, it is hereby ORDERED that [DE-36] be sealed until further notice by this Court. The grounds for this Order are found at [DE-36].

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 1st day of October 2020.

*Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge