UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-103-H

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| JAMES ALLEN HAMMONDS, III | |

This matter is before the Court on an unopposed Motion by the Office of the Federal Public Defender to continue the arraignment and trial in this case. For good cause shown, the motion is GRANTED. Arraignment and trial in this matter shall be set for the cour'ts November 2020 criminal term in Greenville.

This Court finds the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is therefore excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

This 1st day of October 2020.

KIMBERLY A. SWANK
United States Magistrate Judge