UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-cr-00103-D

UNITED STATES OF AMERICA

v.

JAMES ALLEN HAMMONDS, III

**ORDER TO SEAL**

On motion of the Defendant, James Allen Hammonds, III, and for good cause shown, it is hereby ORDERED that [DE 70] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This **29** day of July, 2021.

JAMES C. DEVER III
United States District Judge