UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-cr-00103-D

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER TO SEAL** |
| v. | |
| JAMES ALLEN HAMMONDS, III | |

On motion of the Defendant, James Allen Hammonds, III, and for good cause shown, it is hereby ORDERED that [DE 90] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This _1S_ day of March, 2022.

JAMES C. DEVER III
United States District Judge