UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:19-CR-0103-D-1

UNITED STATES OF AMERICA

v.                                                ORDER TO SEAL

JAMES ALLEN HAMMONDS III

On motion of the Defendant, James Allen Hammonds III, and for good cause shown, it is

hereby ORDERED that **DE 113** be sealed until further notice by this Court.

IT IS SO ORDERED.

This **28** day of February, 2026.

_____
JAMES C. DEVER III
United States District Court Judge